CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 14 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| LESTER CHARLES WELLS, ) | CASE NO. 7:13CV00538 |
| ) | |
| Plaintiff, ) | |
| v. ) | FINAL ORDER |
| ) | |
| ) | |
| DAVID ITSIHNAR, ) | By: James C. Turk |
| ) | Senior United States District Judge |
| Defendant. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice as legally frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 14th day of November, 2013.

/s/ James C. Turk
Senior United States District Judge